IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41323
Conference Calendar

_____

MICHAEL L. LORENZ,

Plaintiff-Appellant,

versus

T. SIMMONS, Warden, ET. AL.,

Defendants-Appellees.

--------------------

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:97-CV-234

--------------------
June 17, 1998

Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Michael L. Lorenz, Texas prisoner #681053, appeals the

district court's dismissal of his 42 U.S.C. § 1983 complaint as

frivolous, arguing that the district court improperly dismissed

his claims concerning his disciplinary hearing. We have reviewed

the record and Lorenz's brief and AFFIRM for essentially the same

_____

[*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

reasons adopted by the district court.  <u>Lorenz v. Simmons</u>, No. 9:97cv234 (E.D. Tex. Sept. 30, 1997).

Lorenz's appeal is without merit and therefore frivolous. <u>See</u> <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983). Because the appeal is frivolous, it is DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.  We caution Lorenz that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions.  To avoid sanctions, Lorenz is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED; ALL OUTSTANDING MOTIONS DENIED.